IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David S. Hopper,

    Petitioner(s),

vs.

Ohio Department of Corrections, et al.,

    Respondent(s).

Case Number: 1:14cv652

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 17, 2015 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 6, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, respondent's motion to dismiss is **DENIED**.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court